UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY L. & MENA M. MORELOS REVOCABLE TRUST, On Behalf Of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>HENRI A. TERMEER, MICHAEL S. WYZGA, ROBERT J. CARPENTER, CHARLES L. COONEY, DOUGLAS A. BERTHIAUME, GAIL K. BOUDREAUX, ROBERT J. BERTOLINI, VICTOR J. DZAU, CONNIE MACK III, RICHARD F. SYRON, RALPH V. WHITWORTH, STEVEN BURAKOFF, ERIC ENDE, DENNIS M. FENTON, GENZYME CORP., and SANOFI-AVENTIS,<br><br>                Defendants | No. 1:10-cv-11356<br><br><u>CLASS ACTION</u><br><br>STIPULATION CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL AND RELATED MATTERS AND [PROPOSED] ORDER |
| BERNARD MALINA, individually and on behalf of all others similarly situated,,<br><br>                Plaintiff,<br><br>vs.<br><br>GENZYME CORPORATION, HENRI A. TERMEER, DOUGLAS A. BERTHIAUME, ROBERT J. BERTOLINI, GAIL K. BOUDREAUX, ROBERT J. CARPENTER, CHARLES L. COONEY, VICTOR J. DZAU, ERIC ENDE, DENNIS M. FENTON, CONNIE MACK III, RICHARD F. SYRON, and RALPH V. WHITWORTH<br><br>                Defendants | No. 1:10-cv-11532<br><br><u>CLASS ACTION</u> |

[Captioned continued on the following page]

| | |
|---|---|
| EMANUEL RESENDES, On Behalf Of himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>HENRI A. TERMEER, MICHAEL S. WYZGA, ROBERT J. CARPENTER, CHARLES L. COONEY, DOUGLAS A. BERTHIAUME, GAIL K. BOUDREAUX, ROBERT J. BERTOLINI, VICTOR J. DZAU, CONNIE MACK III, RICHARD F. SYRON, RALPH V. WHITWORTH, STEVEN BURAKOFF, ERIC ENDE, DENNIS M. FENTON,<br><br>     Defendants | No. 1:10-cv-11536<br><br>CLASS ACTION |
| WILLIAM S. FIELD, III, TRUSTEE U/A DATED OCTOBER 12, 1991 BY WILLIAM S. FIELD JR, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>HENRI A. TERMEER, MICHAEL S. WYZGA, ROBERT J. CARPENTER, CHARLES L. COONEY, DOUGLAS A. BERTHIAUME, GAIL K. BOUDREAUX, ROBERT J. BERTOLINI, VICTOR J. DZAU, CONNIE MACK III, RICHARD F. SYRON, RALPH V. WHITWORTH, STEVEN BURAKOFF, ERIC ENDE, DENNIS M. FENTON, GENZYME CORP.,<br><br>     Defendants | No. 1:10-cv-11565<br><br>CLASS ACTION |

Pursuant to Fed. R. Civ. P. 42(a), Plaintiffs and Defendants in the above captioned actions (collectively, the "Parties"), hereby stipulate and agree as follows, subject to the Order of the Court:

WHEREAS, on August 11, September 8, September 9 and September 14, 2010 respectively, four related putative shareholder class actions were filed in this court against Genzyme Corporation ("Genzyme" or the "Company") and certain of its officers and directors;

WHEREAS, the above-captioned matters all arise out of the same set of facts surrounding the non-binding proposal by Sanofi-Aventis to negotiate the acquisition of Genzyme for $69 per share of Genzyme common stock;

WHEREAS, to avoid unnecessary duplication of effort and inconsistent decisions, the parties agree that the matters should be consolidated into one action; and

WHEREAS, Plaintiffs have agreed on a Lead and Liaison Counsel structure on which Defendants take no position;

It is therefore agreed upon by and between the parties and their counsel as follows:

1. The following actions are hereby consolidated for all purposes:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Jerry L. & Mena M. Morelos Revocable Trust v. Termeer, et al.* | 1:10-CV-11356 | August 11, 2010 |
| *Malina v. Genzyme Corp., et al.* | 1:10-CV-11532 | September 8, 2010 |
| *Resendes v. Termeer, et al.* | 1:10-CV-11536 | September 9, 2010 |
| *William S. Field, III, Trustee U/A Dated October 12, 1991 By William S. Field Jr. v. Termeer, et al.* | 1:10-CV-11565 | September 14, 2010 |

2. These actions shall be referred to herein as the Consolidated Actions. Every pleading filed in these Consolidated Actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GENZYME COPRORATION SHAREHOLDER LITIGATION _____<br><br>This Document Relates To:<br><br>_____ | ) Master Docket No. 1:10-CV-11356<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>) |

  3. The files of these Consolidated Actions shall be maintained in one file under Master Docket No. 1:10-CV-11356.

  4. Plaintiffs will file and serve a Consolidated Amended Complaint no later than ten (10) days from entry of this Order.  Defendants shall have 30 days within which to answer, move or otherwise respond to the Consolidated Amended Complaint, and need not respond to the individual complaints.

  5. Co-Lead Counsel for Plaintiffs responsible for the conduct of the Consolidated Actions will be:

ROBBINS UMEDA LLP
MARC M. UMEDA
STEPHEN J. ODDO
REBECCA A. PETERSON
ARSHAN AMIRI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile : (619) 525-3991

HARWOOD FEFFER LLP
ROBERT I. HARWOOD
JEFFREY M. NORTON
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

  6. Co-Lead Counsel for Plaintiffs shall have authority to speak for Plaintiffs on all matters.  Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial

proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel. Plaintiffs' Co-Lead Counsel shall make work assignments among Plaintiffs' Counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Liaison Counsel for Plaintiffs in the Consolidated Actions will be:

HUTCHINGS, BARSAMIAN, MANDELCORN & ZEYTOONIAN, LLP
THEODORE M. HESS-MAHAN
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726

GELB & GELB LLP
RICHARD M. GELB
DANIEL K. GELB
STAMENIA (STEPHANIE) TZOUGANATOS
84 State Street
Boston, MA 02109
Telephone: (617) 345-0010
Facsimile: (617) 345-0009

8. Co-Liaison Counsel for Plaintiffs shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Liaison Counsel for Plaintiffs shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

9. Defendants' counsel may rely upon all agreements made with any of Co-Lead Counsel for Plaintiffs, or other duly authorized representative of Co-Lead Counsel for Plaintiffs, and such agreements shall be binding on all Plaintiffs. Service of any paper filed or served by Defendants shall be effect by service by email on Co-Liaison Counsel for Plaintiffs and, if filed in Court, through the ECF system.

10. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to or transferred to this Court.

11. When a case which properly belongs as part of the *In re Genzyme Corporation Shareholder Litigation*, Master Docket No. 1:10-CV-11356, is hereafter filed in the Court or transferred here from another court, the Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re Genzyme Corporation Shareholder Litigation*, Master Docket No. 1:10-CV-11356, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

IT IS SO STIPULATED.

Dated: October 27, 2010

> */s/ Theodore M. Hess-Mahan*
> Theodore M. Hess-Mahan, BBO #557109
> HUTCHINGS, BARSAMIAN, MANDELCORN
>     & ZEYTOONIAN, LLP
> 110 Cedar Street, Suite 250
> Wellesley Hills, MA 02481
> Telephone: (781) 431-2231
> Facsimile: (781) 431-8726
> E-mail: thess-mahan@hutchingsbarsamian.com
>
> [Proposed] Liaison Counsel for Plaintiffs and
> Counsel for Plaintiff Jerry L. & Mena M. Morelos
> Revocable Trust
>
> ROBBINS UMEDA LLP
> Marc M. Umeda
> Stephen J. Oddo
> Rebecca A. Peterson
> Arshan Amiri
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile : (619) 525-3991
> E-mail: mumeda@robbinsumeda.com
>         soddo@robbinsumeda.com
>         rpeterson@robbinsumeda.com
>         aamiri@robbinsumeda.com
>
> [Proposed] Co-Lead Counsel for Plaintiffs and
> Counsel for Plaintiff Jerry L. & Mena M. Morelos
> Revocable Trust

                    THE LAW OFFICES OF NICHOLAS
                        KOLUNCICH III
Nicholas Koluncich Iii
6501 Americas Parkway NE, Suite 820
Albuquerque, NM 87110
Telephone: (505) 881-2228
Facsimile: (505) 881-4288
E-mail: nkoluncich@newmexicoclassactions.com

Counsel for Plaintiff Jerry L. & Mena M. Morelos Revocable Trust

Dated: October 27, 2010

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan, BBO #557109
HUTCHINGS, BARSAMIAN, MANDELCORN
   & ZEYTOONIAN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
E-mail: thess-mahan@hutchingsbarsamian.com

[Proposed] Liaison Counsel for Plaintiffs and Counsel for Plaintiff Emanuel Resendes

JOHNSON BOTTINI, LLP
Frank J. Johnson
Frank A. Bottini, Jr.
Shawn Fields
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622
E-mail: frankj@johnsonbottini.com
       frankb@johnsonbottini.com

Counsel for Plaintiff Emanuel Resendes

Dated:  October 27, 2010

                                      */s/Richard M. Gelb*
Richard M. Gelb, BBO# 188240
Daniel K. Gelb, BBO# 659703
Stamenia (Stephanie) Tzouganatos, BBO# 661509
GELB & GELB LLP
84 State Street, 4th Floor
Boston, MA 02109
Telephone: (617) 345-0010
Facsimile: (617) 345-0009
E-mail: rgelb@gelbgelb.com
        dgelb@gelbgelb.com
        stzouganatos@gelbgelb.com

Counsel for Plaintiff William S. Field, III, Trustee U/A Dated October 12, 1991 by William S. Field Jr.

HARWOOD FEFFER LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
E-mail: rharwood@hfesq.com
        jnorton@hfesq.com

[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff William S. Field, III, Trustee U/A Dated October 12, 1991 by William S. Field Jr.

LAW OFFICE OF ALFRED G. YATES, JR., PC
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
E-mail: yateslaw@aol.com

Counsel for Plaintiff William S. Field, III, Trustee U/A Dated October 12, 1991 by William S. Field Jr.

Dated: October 27, 2010

                                                */s/Kenneth G. Gilman*
Kenneth G. Gilman, BBO# 192760
GILMAN AND PASTOR, LLP
16 Fourteenth Avenue
Wareham, MA 02571
Telephone: (508) 291-8400
Facsimile: (508) 291-3258
E-mail: kgilman@gilmanpastor.com

WOLF HALDENSTEIN ADLER FREEMAN
   HERZ LLP
Gregory M. Nespole
Gustavo Bruckner
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

Counsel for Plaintiff Bernard Malina

Dated: October 27, 2010

*/s/John D. Donovan, Jr.*

John D. Donovan, Jr. (BBO# 130950)
Robert G. Jones (BBO# 630767)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
E-mail: john.donovan@ropesgray.com
      robert.jones@ropesgray.com

Counsel for Defendants Henri A. Termeer,
Michael S. Wyzga, and Genzyme Corp.

*/s/Theodore N. Mirvis*

Theodore N. Mirvis
William D. Savitt
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
E-mail: tnmirvis@wlrk.com
      wdsavitt@wlrk.com

Counsel for the Genzyme Independent Directors
Robert J. Carpenter,
Charles L. Cooney, Douglas A. Berthiaume,
Gail K. Boudreaux, Robert J. Bertolini, Victor
J. Dzau, Connie Mack III, Richard F. Syron,
Ralph V. Whitworth, Steven Burakoff, Eric
Ende, and Dennis M. Fenton

- 9 -

IT IS SO ORDERED.

| | |
|---|---|
| DATED | THE HONORABLE ROBERT B. COLLINGS<br>MAGISTRATE JUDGE, U.S.D.C. |

535484_5

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 27, 2010.

/s/ Theodore M. Hess-Mahan
THEODORE M. HESS-MAHAN
