# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERRY L. & MENA M. MORELOS REVOCABLE TRUST, On Behalf Of Itself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HENRI A. TERMEER, MICHAEL S. WYZGA, ROBERT J. CARPENTER, CHARLES L. COONEY, DOUGLAS A. BERTHIAUME, GAIL K. BOUDREAUX, ROBERT J. BERTOLINI, VICTOR J. DZAU, CONNIE MACK III, RICHARD F. SYRON, RALPH V. WHITWORTH, STEVEN BURAKOFF, ERIC ENDE, DENNIS M. FENTON, GENZYME CORP., and SANOFI-AVENTIS, )<br><br>Defendants ) | No. 1:10-cv-11356<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS AND APPOINT LEAD COUNSEL** |
| BERNARD MALINA, individually and on behalf of all others similarly situated,, )<br><br>Plaintiff, )<br><br>vs. )<br><br>GENZYME CORPORATION, HENRI A. TERMEER, DOUGLAS A. BERTHIAUME, ROBERT J. BERTOLINI, GAIL K. BOUDREAUX, ROBERT J. CARPENTER, CHARLES L. COONEY, VICTOR J. DZAU, ERIC ENDE, DENNIS M. FENTON, CONNIE MACK III, RICHARD F. SYRON, and RALPH V. WHITWORTH )<br><br>Defendants ) | No. 1:10-cv-11532<br><br>CLASS ACTION |

[Captioned continued on the following page]

EMANUEL RESENDES, On Behalf Of himself
and All Others Similarly Situated,

               Plaintiff,

    vs.

HENRI A. TERMEER, MICHAEL S.
WYZGA, ROBERT J. CARPENTER,
CHARLES L. COONEY, DOUGLAS A.
BERTHIAUME, GAIL K. BOUDREAUX,
ROBERT J. BERTOLINI, VICTOR J. DZAU,
CONNIE MACK III, RICHARD F. SYRON,
RALPH V. WHITWORTH, STEVEN
BURAKOFF, ERIC ENDE, DENNIS M.
FENTON,

               Defendants

No. 1:10-cv-11536

<u>CLASS ACTION</u>

_____

WILLIAM S. FIELD, III, TRUSTEE U/A
DATED OCTOBER 12, 1991 BY WILLIAM S.
FIELD JR, individually, and on behalf of all
others similarly situated,

               Plaintiff,

    vs.

HENRI A. TERMEER, MICHAEL S.
WYZGA, ROBERT J. CARPENTER,
CHARLES L. COONEY, DOUGLAS A.
BERTHIAUME, GAIL K. BOUDREAUX,
ROBERT J. BERTOLINI, VICTOR J. DZAU,
CONNIE MACK III, RICHARD F. SYRON,
RALPH V. WHITWORTH, STEVEN
BURAKOFF, ERIC ENDE, DENNIS M.
FENTON, GENZYME CORP.,

               Defendants

No. 1:10-cv-11565

<u>CLASS ACTION</u>

Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1, Plaintiffs in the above actions hereby move for an order consolidating these related matters and appointing lead counsel. Counsel for Plaintiffs and Defendants have met and conferred about the relief sought herein and consent to the relief requested herein.

On August 11, September 8, September 9 and September 14, 2010 respectively, four related putative shareholder class actions were filed in this court against Genzyme Corporation ("Genzyme" or the "Company") and certain of its officers and directors. These matters all arise out of the same set of facts surrounding the non-binding proposal by Sanofi-Aventis to negotiate the acquisition of Genzyme for $69 per share of Genzyme common stock. To avoid unnecessary duplication of effort and inconsistent decisions, Plaintiffs submit that: (a) these matters should be consolidated into one action; and (b) Co-Lead and Co-Liaison Counsel should be appointed to oversee and be responsible for the consolidated actions.   Accordingly, Plaintiffs respectfully request that this Court enter the following order:

1.      The following actions are hereby consolidated for all purposes:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Jerry L. & Mena M. Morelos Revocable Trust v. Termeer, et al.* | 1:10-CV-11356 | August 11, 2010 |
| *Malina v. Genzyme Corp., et al.* | 1:10-CV-11532 | September 8, 2010 |
| *Resendes v. Termeer, et al.* | 1:10-CV-11536 | September 9, 2010[1] |
| *William S. Field, III, Trustee U/A Dated October 12, 1991 By William S. Field Jr. v. Termeer, et al.* | 1:10-CV-11565 | September 14, 2010 |

2.      These actions shall be referred to herein as the Consolidated Actions.   Every pleading filed in these Consolidated Actions, or in any separate action included herein, shall bear the following caption:

---

[1] Case No. 10-cv-11536 was assigned to United States District Judge Rya W. Zobel.  Pursuant to Local Rule 40.1, a copy of this motion has been sent to Judge Zobel.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE GENZYME COPRORATION SHAREHOLDER LITIGATION | ) ) | Master Docket No. 1:10-CV-11356 |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | |
| | ) | |

3.     The files of these Consolidated Actions shall be maintained in one file under Master Docket No. 1:10-CV-11356.

4.     Plaintiffs will file and serve a Consolidated Amended Complaint no later than ten (10) days after entry of this Order.  Defendants shall have 30 days within which to answer, move or otherwise respond to the Consolidated Amended Complaint, and need not respond to the individual complaints.

5.     Co-Lead Counsel for Plaintiffs responsible for the conduct of the Consolidated Actions will be:

ROBBINS UMEDA LLP
MARC M. UMEDA
STEPHEN J. ODDO
REBECCA A. PETERSON
ARSHAN AMIRI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile :  (619) 525-3991

HARWOOD FEFFER LLP
ROBERT I. HARWOOD
JEFFREY M. NORTON
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

6.      Co-Lead Counsel for Plaintiffs shall have authority to speak for Plaintiffs on all matters.  Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Plaintiffs' Co-Lead Counsel.  Plaintiffs' Co-Lead Counsel shall make work assignments among Plaintiffs' Counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.      Co-Liaison Counsel for Plaintiffs in the Consolidated Actions will be:

HUTCHINGS, BARSAMIAN, MANDELCORN& ZEYTOONIAN, LLP
THEODORE M. HESS-MAHAN
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726

GELB & GELB LLP
RICHARD M. GELB
DANIEL K. GELB
STAMENIA (STEPHANIE) TZOUGANATOS
84 State Street
Boston, MA 02109
Telephone: (617) 345-0010
Facsimile: (617) 345-0009

8.      Co-Liaison Counsel for Plaintiffs shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Co-Liaison Counsel for Plaintiffs shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

9.      Defendants' counsel may rely upon all agreements made with any of Co-Lead Counsel for Plaintiffs, or other duly authorized representative of Co-Lead Counsel for Plaintiffs, and such agreements shall be binding on all Plaintiffs.  Service of any paper filed or served by Defendants shall be effect by service by email on Co-Liaison Counsel for Plaintiffs and, if filed in Court, through the ECF system.

10.     When a case which properly belongs as part of the *In re Genzyme Corporation Shareholder Litigation*, Master Docket No. 1:10-CV-11356, is hereafter filed in the Court or transferred here from another court, the Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re Genzyme Corporation Shareholder Litigation*, Master Docket No. 1:10-CV-11356, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

Dated:  December 17, 2010                     Respectfully submitted,

*/s/ Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan, BBO #557109
HUTCHINGS, BARSAMIAN, MANDELCORN
      & ZEYTOONIAN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
E-mail: thess-mahan@hutchingsbarsamian.com

[Proposed] Liaison Counsel for Plaintiffs and
Counsel for Plaintiff Jerry L. & Mena M. Morelos
Revocable Trust

ROBBINS UMEDA LLP
Marc M. Umeda
Stephen J. Oddo
Rebecca A. Peterson
Arshan Amiri
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile :  (619) 525-3991
E-mail: mumeda@robbinsumeda.com
          soddo@robbinsumeda.com
          rpeterson@robbinsumeda.com
          aamiri@robbinsumeda.com

[Proposed]  Co-Lead  Counsel  for  Plaintiffs  and
Counsel for Plaintiff Jerry L. & Mena M. Morelos
Revocable Trust

THE LAW OFFICES OF NICHOLAS
      KOLUNCICH III
Nicholas Koluncich III
6501 Americas Parkway NE, Suite 820
Albuquerque, NM 87110

Telephone:  (505) 881-2228
Facsimile:  (505) 881-4288
E-mail: nkoluncich@newmexicoclassactions.com

Counsel for Plaintiff Jerry L. & Mena M. Morelos
Revocable Trust



*/s/ Theodore M. Hess-Mahan*

Theodore M. Hess-Mahan, BBO #557109
HUTCHINGS, BARSAMIAN, MANDELCORN
    & ZEYTOONIAN, LLP
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
E-mail: thess-mahan@hutchingsbarsamian.com

[Proposed] Liaison Counsel for Plaintiffs and
Counsel for Plaintiff Emanuel Resendes

JOHNSON BOTTINI, LLP
Frank J. Johnson
Frank A. Bottini, Jr.
Shawn Fields
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622
E-mail: frankj@johnsonbottini.com
        frankb@johnsonbottini.com

Counsel for Plaintiff Emanuel Resendes



*/s/ Richard M. Gelb*

Richard M. Gelb, BBO# 188240
Daniel K. Gelb, BBO# 659703
Stamenia (Stephanie) Tzouganatos, BBO# 661509
GELB & GELB LLP
84 State Street, 4th Floor
Boston, MA 02109
Telephone: (617) 345-0010
Facsimile: (617) 345-0009
E-mail: rgelb@gelbgelb.com
        dgelb@gelbgelb.com
        stzouganatos@gelbgelb.com

Counsel for Plaintiff William S. Field, III, Trustee
U/A Dated October 12, 1991 by William S. Field
Jr.

HARWOOD FEFFER LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Ave.
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
E-mail: rharwood@hfesq.com
       jnorton@hfesq.com

[Proposed] Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiff William S. Field, III, Trustee
U/A Dated October 12, 1991 by William S. Field
Jr.

LAW OFFICE OF ALFRED G. YATES, JR., PC
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
E-mail: yateslaw@aol.com

Counsel for Plaintiff William S. Field, III, Trustee
U/A Dated October 12, 1991 by William S. Field
Jr.


*/s/ Kenneth G. Gilman*
Kenneth G. Gilman, BBO# 192760
GILMAN AND PASTOR, LLP
16 Fourteenth Avenue
Wareham, MA 02571
Telephone: (508) 291-8400
Facsimile: (508) 291-3258
E-mail: kgilman@gilmanpastor.com

WOLF HALDENSTEIN ADLER FREEMAN
    HERZ LLP
Gregory M. Nespole
Gustavo Bruckner
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

Counsel for Plaintiff Bernard Malina

IT IS SO ORDERED.


_____        _____
DATED                               THE HONORABLE JENNIFER C. BOAL
                                    MAGISTRATE JUDGE, U.S.D.C.


535484_5

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for all parties conferred in a good faith effort to narrow or resolve the issues raised in this motion and that defendants do not object to the relief requested.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 17, 2010.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan