UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GENZYME CORPORATION | * |
| SHAREHOLDER LITIGATION | * |
| | * |
| | *   Civil No. 10-11356-JLT |
| | *   Related:  10-11536-JLT |
| | *                  10-11776-JLT |
| | *                  10-11532-JLT |
| | *                  10-11565-JLT |

ORDER

September 29, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the September 1, 2011 Report and Recommendation on Plaintiffs' Motion for Voluntary Dismissal without Prejudice and Defendants' Motion to Dismiss [#64] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby dismisses the case based on Plaintiffs' notice of voluntary dismissal. Plaintiff's Motion for Voluntary Dismissal of Consolidated Putative Class Action without Prejudice [#61] is DENIED as unnecessary, and Defendant's Motion to Dismiss the Amended Shareholder Class Action Complaint [#35] is DENIED as moot.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge