UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE GENZYME CORPORATION * | |
| SHAREHOLDER LITIGATION * | |
| * | |
| * | Civil No. 10-11356-JLT |
| * | Related:  10-11536-JLT |
| * | 10-11776-JLT |
| * | 10-11532-JLT |
| * | 10-11565-JLT |

ORDER

September 29, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the September 13, 2011 <u>Report and Recommendation on Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and Defendants' Cross-Motion for an Appropriate Sanction Under the PSLRA</u> [#65] of Magistrate Judge Boal.  For the reasons set forth in the <u>Report and Recommendation</u>, this court hereby orders that Plaintiffs' <u>Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses</u> [#46] is DENIED, and Defendant Genzyme Corporation's <u>Cross-Motion for an Appropriate Sanction Under PSLRA</u> [#52] is DENIED.  This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge